**Order entered May 7, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00516-CV

**ROBERT ELLIOTT, ET AL., Appellants**

**V.**

**LYNN O'NEIL DAUTERMAN, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-10954**

## ORDER

We **GRANT** appellants' April 22, 2015 motion for an extension of time to file a notice of appeal. The notice of appeal filed on April 22, 2015 is deemed timely for jurisdictional purposes.

/s/    ELIZABETH LANG-MIERS
         JUSTICE